UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SPENCER D. BERRY, M.D., | ) | CIV. 05-4139-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed upon the merits and with prejudice, with no costs or attorney's fees being awarded to either party.

Dated April 15, 2008.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE